UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHIGNTON

JOHN SANTIAGO DIEGO,

            Plaintiff,

  v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

            Defendant.

No. 2:12-cv-0574-VEB

JUDGMENT IN A CIVIL CASE

### DECISION BY THE COURT

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g). Defendant's Motion for Summary Judgment is DENIED and Judgment is entered for Plaintiff.

DATED: May 6, 2014

                                    SEAN McAVOY
                                    District Court Executive/Clerk

                                    s/ L. Stejskal
                                    Deputy Clerk